EL PUEBLO, APELADO, *v.* LIZARDI, APELANTE.

Corte de Distrito de San Juan, Sección Segunda.

No. 1800.—Resuelto diciembre 9, 1921.

Esta fué una causa fundada en la tentativa de un supuesto elector que pidió su inscripción como tal alegando ser mayor de edad. La certificación del registro civil presentada por el gobierno demuestra que el acusado es menor de veinte y un años; el acusado presentó prueba testifical tendente a demostrar que era mayor de edad. *Se resolvió:* que la prueba es contradictoria y que no hay motivo para ir contra la apreciación que de ella hizo la corte inferior. *Confirmada.* El Juez Asociado Sr. Wolf, emitió la opinión del tribunal.

---

EX PARTE GARCÍA, PETICIONARIO.

Resuelto enero 16, 1922.

Aunque hubiera empezado a estudiar la abogacía en 1911, un aspirante que a virtud de la Resolución Conjunta No. 28 de 1919 terminó sus estudios y fué admitido por el Tribunal Supremo, no tiene derecho a ejercer el notariado hasta después de dos años de ejercicio ante los tribunales de la Isla. *Ex parte* Buenaventura Esteves, resuelto en junio 24, 1919. El Juez Asociado Sr. del Toro, emitió la opinión del tribunal.